**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: August 18, 2016**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  JAMES ELDRIDGE JACKSON SR         :         Case No. 14-58300
REGINA JACKSON

                                                                       :         Chapter 13

                                                                       :         Judge C KATHRYN PRESTON

**ORDER OF DISMISSAL PURSUANT TO THE AFFIDAVIT OF DEFAULT (Doc. 46)**

Pursuant to the affidavit of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest.**

###