# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  James Eldridge Jackson Sr  
        Regina Jackson  
        2833 Osceola Avenue  
        Columbus, OH  43211-1139

Case No: 14-58300

Chapter 13

Judge: C KATHRYN PRESTON

---

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

---

The Case was commenced on November 26, 2014.
The plan was confirmed on February 11, 2015.
The Case was concluded on August 18, 2016.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL AFTER CONFIRMATION. THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:    6,200.00

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Adriana Jiminez 00009   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ADT 00010   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ameritech 00011   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ashro Lifestyle 00012   Unsecured | 3.12 | 0.00 | 0.00 | 3.12 |
| Asset Care 00013   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00008   Unsecured | 74.41 | 0.00 | 0.00 | 74.41 |
| Beneficial Credit Services 00015   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Cabrera Auto Sales 00001   Unsecured | Surrendered | 0.00 | 0.00 | 0.00 |
| Capital Servicing Group 00016   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| CBCS 00017 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CITY OF COLUMBUS 00007 Priority | 2,311.03 | 0.00 | 0.00 | 2,311.03 |
| CITY OF COLUMBUS 00063 Secured | 496.34 | 0.00 | 0.00 | 496.34 |
| City of Gastonia 00018 Unsecured | 2.04 | 0.00 | 0.00 | 2.04 |
| Columbia Gas of Ohio Inc 00019 Unsecured | 30.61 | 0.00 | 0.00 | 30.61 |
| Columbus Metropolitan Library 00020 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| COLUMBUS MORTGAGE INC 00021 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Credit Management 00022 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Cybercollect Inc. 00023 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Dana & Pariser CO LPA 00024 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Doctor's Anasthesia Services Of Columbu 00025 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Dunmoor Homes 00026 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Everville LLC 00027 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Evodi, LTD 00028 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Extra Space Storage 00029 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| FRANKLIN COUNTY TREASURER 00002 Secured | 6,679.66 | 0.00 | 0.00 | 6,679.66 |
| James Eldridge Jackson Sr 00000 Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Javitch, Block & Rathbone 00030 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00031 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JOHN ROSS 00032 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00033 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Law Offices Of MJ Hecker 00034 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Lehman Brothers Holdings Inc 00035 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Linden Medical Center 00036 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Mark Albert Herder 00064 Additional Attorney Fees | 656.50 | 0.00 | 0.00 | 656.50 |
| Mark Albert Herder 00065 Additional Attorney Fees | 305.50 | 0.00 | 0.00 | 305.50 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Marlin Medclear Inovision<br>00037     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MEADE & ASSOCIATES<br>00038     Unsecured | 3.16 | 0.00 | 0.00 | 3.16 |
| Mid Ohio Digestive Disease Assoc.<br>00039     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Mid Ohio Surgery Center LLLC<br>00040     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Midland Credit Management<br>00041     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Miraca Life Sciences<br>00042     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Montgomery Ward<br>00043     Unsecured | 2.60 | 0.00 | 0.00 | 2.60 |
| MRC Receivables Corp<br>00003     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MRS Associates<br>00044     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Northern Leasing<br>00046     Unsecured | 13.86 | 0.00 | 0.00 | 13.86 |
| Northern Pines MHP LLC<br>00047     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ocwen<br>00048     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Health Sleep Services<br>00049     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio State University Hospital<br>00050     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Osu Neurological Surgery<br>00051     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| OSU Physicans, Inc.<br>00052     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Plains Commerce Bank<br>00053     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for<br>00061     Unsecured | 3.93 | 0.00 | 0.00 | 3.93 |
| Rader Car Company<br>00004     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Real Time Resolutions<br>00006     Pre-Pet MTG Arrears | 335.88 | 0.00 | 0.00 | 335.88 |
| Real Time Resolutions<br>00005     Mortgage | Continuing | 5,453.60 | 0.00 | 0.00 |
| Regina Jackson<br>00000     Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES<br>00054     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Riverside Methodist Hospital<br>00055     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| RJM ACQ LLC<br>00056     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Rossman & Co<br>00057     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Sprint Corp 00058 Unsecured | 4.34 | 0.00 | 0.00 | 4.34 |
| Sunrays Cardiology Inc. 00059 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| The Ohio Bell Telephone Company 00014 Unsecured | 10.68 | 0.00 | 0.00 | 10.68 |
| Tina Roberts 00060 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION 00045 Unsecured | 385.39 | 0.00 | 0.00 | 385.39 |
| Wow Internet And Cable 00062 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 8,473.88 | 2,311.03 | 53,412.87 | 0.00 | 0.00 | 64,197.78 |
| PRIN PAID | 0.00 | 0.00 | 0.00 | 5,453.60 | 0.00 | 5,453.60 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| | | | | | TOTAL PAID: | 5,453.60 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

DEBTOR'S ATTORNEY                                       ALLOWED          TOTAL PAID
Mark Albert Herder                                      3,410.00             173.53

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 304.58 | 0.00 | 268.29 | 572.87 |

Dated: 09/01/2016

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH 43085-6300
(614)436-6700

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: James Eldridge Jackson Sr　　　　　　　　　　　　Case No: 14-58300
　　　　Regina Jackson
　　　　2833 Osceola Avenue　　　　　　　　　　　　　　　Chapter 13
　　　　Columbus, OH  43211-1139

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge: C KATHRYN PRESTON

## CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Frank M. Pees
　　　　　　　　　　　　　　　　　　　　　　　　　　FRANK M. PEES TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　　130 E WILSON BRIDGE RD #200
　　　　　　　　　　　　　　　　　　　　　　　　　　WORTHINGTON, OH  43085-6300
　　　　　　　　　　　　　　　　　　　　　　　　　　(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: James Eldridge Jackson Sr        Case No: 14-58300
Regina Jackson
2833 Osceola Avenue        Chapter 13
Columbus, OH  43211-1139

Judge: C KATHRYN PRESTON

### CERTIFICATE OF SERVICE

I hereby certify that on September 01, 2016, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Mark Albert Herder

and on the following by **ordinary U.S. Mail** addressed to:

James Eldridge Jackson Sr
Regina Jackson
2833 Osceola Avenue
Columbus, OH  43211-1139

**See Creditor Matrix**
**All Creditors and Parties in Interest**

ADT
PO Box 361477
Columbus, OH  432360000

ADT Security
1819 O&#039;Brian Road
Columbus, OH  432280000

ADT Security
PO Box 650485
Dallas, TX  752650485

AT&T
P.O. Box 6416
Carol Stream, IL  601976416

AT&T Corporate
208 South Akard Street
Dallas, TX  752020000

AT&T U Verse
P.O. Box 5014
Carol Stream, IL  601970000

Adriana Jiminez
1865 Brickell Avenue
Miami, FL  331290000

Afni
Rep For At&T
404 Brock Drive
Bloomington, IL  617010000

Ameritech
PO Box 15069
471 E. Broad Street, 18th Floor
Columbus, OH  432150000

Ashro
3650 Milwaukee Street
Madison, WI  537140000

Ashro Lifestyle
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX  753800000

Asset Care
5100 Peachtree Industrial Blvd.
Norcross, GA  300710000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Benefical Ohio, Inc.
PO Box 8634
961 Wiegel Ave.
Elmhurst, IL  601260000

Beneficial Credit Services
4264 Eastland Square Drive
Columbus, OH  432320000

CBCS
PO Box 163250
Columbus, OH  432163250

CMI
Rep For Wow Internet & Cable
4200 International Parkway
Carrollton, TX  750071912

COLUMBIA GAS OF OHIO
PO BOX 117
COLUMBUS, OH  432160000

Cabrera Auto Sales
3530 Sullivant Avenue
Columbus, OH  432040000

Capital Recovery Systems
Rep For Columbus City Attorney
750 Cross Pointe Road - Suite S
Columbus, OH  432300000

Capital Servicing Group
15025 Glazier Ave Suite 202
Apple Valley, MN  551240000

City Of Gastonia
181 South Street
Gastonia, NC  280520000

City of Columbus
Income Tax Division
77 N Front St 2nd Fl
Columbus, OH  432150000

City of Gastonia
PO Box 1748
Gastonia, NC  280531748

Columbia Gas
PO Box 9001947
Louisville, KY  402900000

Columbia Gas Of Ohio
PO Box 2318
Columbus, OH  432160000

Columbia Gas Of Ohio
Revenue Recovery
200 Civic Center Drive 8th Floor
Columbus, OH  432150000

Columbus City Attorney
Rep For Columbus City Income Tax
77 North Front Street
Columbus, OH  432150000

Columbus City Division Of Income Tax
50 West Gay Street, 4th Floor
Columbus, OH  432150000

Columbus City Division Of Income Tax
77 N Front Street, 2nd Floor
Columbus, OH  432150000

Columbus Metropolitan Library
96 South Grant Ave.
Columbus, OH  432150000

Columbus Mortgage Inc
3050 East Main Street
Columbus, OH  432090000

Computer Collection Corp.
Rep For Ohio Health Sleep Services
PO Box 27161
Columbus, OH  432270000

Credit Management
4200 International Pkwy
Carrollton, TX  750071912

Cybercollect Inc.
2350 South Avenue
La Crosse, WI  546010000

Damon E. Wetterauer Jr.
Rep For Everville LLC
PO Box 2596
Westerville, OH  430860000

Damon E. Wetterauer Jr.
Rep For Northern Pines MHP LLC
PO Box 2596
Westerville, OH  430860000

Dana & Pariser
Rep For Rader Car Company
495 E Mound Street
Columbus, OH  432150000

Dana & Pariser CO LPA
150 E. Mound St, Ste 308
Columbus, OH  432150000

Department Of Education/Nelnet
3015 Parker Road, Suite 400
Aurora, CO  800140000

Doctor's Anesthesia Services Of Columbu
Po Box 713749
Cincinnati, OH  452713749

Dunmoor Homes
5013 Pine Creek Drive
Westerville, OH  430810000

Everville LLC
5013 Pinecreek Drive
Westerville, OH  430810000

Evodi, LTD
499 7th Avenue
New York, NY  100180000

Extra Space Storage
2160 Innis Road
Columbus, OH  432240000

Franklin County Treasurer
Attn Kate Sewickley
373 South High Street, 17th Floor
Columbus, OH  432156306

Franklin County Treasurer
P.O. Box 742538
Cincinnati, OH  452742538

IC Systems
Rep For AT&T
444 Highway 96 East, PO Box 64437
St Paul, MN  551640437

JS & Associates Appraisal Services
Bo Box 29637
Columbus, OH  432290000

James Chapman
Rep For City Of Columbus Income Tax
750 Cross Pointe Rd, Suite S
Gahanna, OH  432300000

James Petro -Roetzel & Andress LPA
Rep For Ohio State Det Of Taxation
155 E Broad Street, 12 Floor
Columbus, OH  432150000

Javitch, Block & Rathbone
140 East Town Street - Suite 1250
Columbus, OH  432150000

Javitch, Block & Rathbone
Rep For MRC Receivables Corp
1100 Superior Avenue, 19th Floor
Cleveland, OH  441140000

Javitch, Block & Rathbone
Rep For MRC Receivables Corp
140 East Town Street - Suite 1250
Columbus, OH  432150000

Jefferson Capital
PO Box 23051
Columbus, GA  319020000

Jennifer Franks
Rep For US Bank/Real Time Resolutions
1500 W Third Street, Suite 400
Cleveland, OH  441130000

John Ross
PO Box 544
Hilliard, OH  430260000

Key Bridge
Rep For Doctors Anesthesia Service
2348 Baton Rouge
Lima, OH  458050000

Laurito & Laurito
Rep For Lehman Brother Holding
7550 Paragon Rd
Dayton, OH  454590000

Laurito & Laurito
Rep For Lehman Brother Holding/Real Time
7550 Paragon Rd
Dayton, OH  454590000

Law Offices Of MJ Hecker
5889 S. Greenwood Plaza Blvd
Englewood, CO  801110000

Lehman Brothers Holdings Inc
1661 Worthington Road, &#035;100
West Palm Beach, FL  334090000

Lehman Brothers Holdings Inc
C/O Ocwen Loan Servicing
1661 Worthington Road, &#035;100
West Palm Beach, FL  334090000

Linden Medical Center
2339 Cleveland Avenue
Columbus, OH  432110000

MRC Receivables Corp
50 W Broad Street, Suite 1800
Columbus, OH  432150000

MRC Receivables Corp
5775 Roscoe Court
San Diego, CA  921231356

MRS Associates
1930 Olney Ave.
Cherry Hill, NJ  080030000

Marlin Medclear Inovision
507 Prudential Road
Horsham, PA  190440000

Mary E. Johnson
Rep For Franklin County Treasurer
373 S. High Street, 17th Floor
Columbus, OH  432150000

Meade & Associates
737 Enterprise Dr
Westerville, OH  430810000

Mid Ohio Digestive Disease Assoc.
5969 E. Broad Street, Ste 300
Columbus, OH  432130000

Mid Ohio Surgery Center LLLC
99 North Brice Road, Ste 160
Columbus, OH  432136517

Midland Credit Management
8875 Aero Dr, Ste 200
San Diego, CA  921230000

Miraca Life Sciences
PO Box 844117
Dallas, TX  752840000

Montgomery Ward
3650 Milwaukee Street
Madison, WI  537142399

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX  753800000

Nelnet Loan Services
Po Box 2877
Omaha, NE  681032877

Northern Leasing
132 W. 31st Street - 14th Floor
New York, NY  100010000

Northern Leasing Systems Inc
132 West 31st Street 14th Floor
New York, NY  100010000

Northern Pines MHP LLC
PO Box 457
Cedaredge, CO  814130000

OSU Physicans, Inc.
PO Box 740727
Cincinnati, OH  452740000

OSU Physicians
700 Ackerman Road, Suite 600
Columbus, OH  432020000

Ocwen
PO Box 6440
Carol Stream, IL  601976440

Ocwen Loan Servicing
PO Box 6440
Carol Stream, IL  601976440

Ohio Bell Telephone Company
&#037; AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ  079210000

Ohio Department Of Taxation
Attn. Bankruptcy Department
P.O. Box 530
Columbus, OH  432160530

Ohio Department Of Taxation
PO Box 182402
Columbus, OH  432182402

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Ohio Health Sleep Services
Po Box 73058
Cleveland, OH  441930000

Ohio State Attorney General
Rep For Ohio State Dept Of Taxation
30 East Broad Street, 17th Floor
Columbus, OH  432150000

Ohio State Department Of Taxation
21st Floor
150 East Gay Street, 21st Floor
Columbus, OH  432150000

Ohio State University Hospital
PO BOX 643684
Pittsburgh, PA  152643684

Ohio State University Hospital
Patient Financial Services
PO Box 183102
Columbus, OH  432183102

Ohio State University Wexner Med Center
401 W. 10th Avenue
Columbus, OH  432100000

Online Information Svcs
Rep For City Of Gastonia
PO Box 1489
Winterville, NC  285900000

Osu Neurological Surgery
410 W 10th Ave
Columbus, OH  432100000

Perez & Morris LLC
Rep For Ohio Department Of Taxation
8000 Ravine&#039;s Edge Court Ste 300
Columbus, OH  432355422

Plains Commerce Bank
5109 S Broadband Lane
Sioux Falls, SD  571080000

Plains Commerce Bank
PO Box 88020
Sioux Falls, SD  571050000

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA  980830788

RJM ACQ LLC
575 Underhill Blvd, STE 244
Syosset, NY  117910000

Rader Car Company
3115 Cleveland Ave.
Columbus, OH  432240000

Real Time Resolutions
1349 Empire Central Drive, Suite 150
Dallas, TX  752470000

Real Time Resolutions
Dept. 107565
PO Box 1259
Oaks, TX  194560000

Real Time Resolutions
P.O. Box 35888
Dallas, TX  752351655

Real Time Resolutions
P.O. Box 731940
Dallas, TX  753730000

Reimer Arnovitz Chernek & Jeffrey
Rep For US Bank
30455 Solon Road
Solon, OH  441390000

Resurgent Capital Services
PO Box 10587
Greenville, SC  324620000

Riverside  Methodist Hospital
5350 Franz Road
Dublin, OH  430160000

Riverside Methodist Hospital
PO Box 40019
Phoenix, AZ  850670019

Robert Mann
Rep For Rader Car Company
800 E Braod Street
Columbus, OH  432050000

Rossman & Co
5500 New Albany Rd.
New Albany, OH  430540000

Sprint
PO Box 57547
Jacksonville, FL  322410000

Sprint
PO Box 88026
Chicago, IL  606801206

Sprint Nextel
Attn. Bankruptcy Department
P.O. Box 7949
Overland Park, KS  662070949

Sunrays Cardiology Inc.
1000 East Broad Street - 2nd Floor
Columbus, OH  432050000

Sunrays Cardiology Inc.
PO Box 634610
Cincinnati, OH  452630000

Tina Roberts
3539 Ontario Street
Columbus, OH  432240000

Tina Roberts
4390 Maize Road
Columbus, OH  432240000

Tribute
PO Box 10534
Atlanta, GA  303480000

Tribute Mastercard
PO Box 136
Newark, NJ  071010000

U.S. Department of Education
C/O Nelnet
3015 South Parker Road, Suite 400
Aurora, CO  800140000

US Bank
Rep. For Real Time Resolutions
PO Box 108
Saint Paul, MN  631660000

US Bank
Rep. For Real Time Resolutions
PO Box 5220
Cincinnati, OH  452010000

US Bank
Rep. Real Time Resolutions
PO Box 790408
St. Louis, MO  631790000

Unique National Collection
Rep For Columbus Metropolitan Library
119 E Maple St
Jeffersonville, IN  471300000

United Collection Bureau
Rep For OSU Medical Center
5620 Southwyck Blvd
Toledo, OH  436140000

Us Deparment Of Education
PO Box 5227
Greenville, TX  754030000

Us Department Of Education
PO Box 530260
Atlanta, GA  303530260

Wiles, Boyle, Burkholder & Bringardner
300 Spruce Street
Columbus, OH  432150000

Wow Internet And Cable
7887 E Belleview Ave, Ste 1000
Englewood, CO  801110000

Wow Internet And Cable
Po Box 4350
Carol Stream, IL  601974350

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH  430850000

James Eldridge Jackson Sr.
2833 Osceola Avenue
Columbus, OH  432111139

Mark Albert Herder
1031 East Broad Street
Columbus, OH  432050000

Regina Jackson
2833 Osceola Avenue
Columbus, OH  432111139